UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIK D. MENDOZA-CONTRERAS et al,<br><br>　　　　　　　Defendants. | CASE NO. 1:22-MJ-00031-EPG<br><br>ORDER FILING COMPLAINT, ARREST WARRANTS AND REDACTED AFFIDAVIT<br><br>**UNSEALING ORDER** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-mentioned case be unsealed but that the previously filed complaint remain under seal. IT IS FURTHER ORDERED that the redacted complaint submitted by the United States be filed on the public docket.

IT IS SO ORDERED.

Dated:  **February 24, 2022**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE